UNITED STATES DISTRICT COURT

EASTERN        DISTRICT OF        OKLAHOMA

David L. Hilliard

V.

Charles Ray, et al

**JUDGMENT IN A CIVIL CASE**

Case Number:    CIV-05-154-FHS

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issued have been tried and the jury rendered its verdict.

X **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This action is DISMISSED in its entirety  as barred by the statute of limitations.

11/8/07
Date

WILLIAM B. GUTHRIE
Clerk

s/ A Green
(By) Deputy Clerk